UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND,
et al.,

        Plaintiff,                      Case No. 04-74514

v.                                     District Judge John Feikens
                                              Magistrate Judge R. Steven Whalen

INTERIOR EXTERIOR SPECIALISTS
CONSTRUCTION GROUP, INC.,

        Defendant.

_____/

**ORDER REGARDING DISCOVERY**

On March 2, 2005, the Court held Plaintiff's Motion to Compel Discovery [Docket #20] in abeyance, pending completion of an audit and report to the Court. Those matters having been accomplished, the Motion to Compel was referred to the undersigned pursuant to 28 U.S.C. §636(b)(1)(A). A status conference was held on March 22, 2006.

It appearing to the Court that permitting an extension of the time for discovery may render the Motion to Compel moot, the order holding it in abeyance will continue in effect until May 22, 2006, at which time the parties will advise the Court as to the status of the disputed discovery requests set forth in the motion. If the matters raised in Plaintiff's motion have not been resolved by the date, the Court will proceed to hearing and decision.

In addition, the Scheduling Order shall be amended as follows:

Discovery Cut-Off: JULY 21, 2006

Dispositive Motion Cut-Off: SEPTEMBER 19, 2006

SO ORDERED.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 28, 2006.

                                          S/G. Wilson
                                          Judicial Assistant