UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND,
et al.,

       Plaintiff,               Case No.  04-74514

v.                            District Judge John Feikens
                                 Magistrate Judge R. Steven Whalen

INTERIOR EXTERIOR SPECIALISTS
CONSTRUCTION GROUP, INC.,

       Defendant.

_____/

**ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #20], directed at Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories.  For the reasons and under the terms stated on the record on June 16, 2006, Plaintiff's Motion is GRANTED.

Defendant shall answer with specificity the Plaintiff's First Set of Interrogatories within 14 days of the date of this Order.

As to the large volume of documents Defendants have already produced, Defendants shall, within 14 days of the date of this Order, designate specifically which documents relate to which individual Defendant.

-1-

Any requested documents not yet produced that relate to any Defendant shall be produced within 14 days of the date of this Order. If no documents exist as to any of the Defendants, the Defendants shall so certify, in writing, within 14 days of the date of this Order.

As to requests for documents relating to Defendants' workers, be they employees or 1099 workers, Defendants shall, within 30 days of the date of this Order, provide responses broken down by specific project/location, rather than the broader breakdown by county. The responses shall be limited to workers identified in the Joint Audit Report.

As to the remaining requests to which no responsive documents have been produced, Defendants shall, within 14 days of the date of this Order, either produce responsive documents or certify in writing that no such documents exist.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 19, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 19, 2006.


S/Gina Wilson

-2-

Judicial Assistant