UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND, et al.,

    Plaintiffs,

                                          Civil No. 04-74514
                                          Hon. John Feikens

v.

INTERIOR EXTERIOR SPECIALISTS
CONSTRUCTION GROUP, INC., et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

There were no objections filed to the Magistrate Judge's Report and Recommendation on Plaintiffs'/Counter-Defendants' Motion to Strike Counterclaim and Third-Party Complaint (Docket #11). The Court hereby ADOPTS the Report and Recommendation in its entirety for the reasons stated therein.

**IT IS SO ORDERED.**

Date:  July 28, 2006                s/John Feikens
                                         United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on July 28, 2006, by U.S. first class mail or electronic means.

                              s/Carol Cohron
                              Case Manager