UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND,
et al.,

      Plaintiff,                       Case No. 04-74514

v.                                    District Judge John Feikens
                                       Magistrate Judge R. Steven Whalen

INTERIOR EXTERIOR SPECIALISTS
CONSTRUCTION GROUP, INC.,

      Defendant.
_____/

**ORDER**

For the reasons stated on the record on February 22, 2007, Plaintiff's Motion to Compel Discovery [Docket #122] is GRANTED.

SO ORDERED.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 22, 2007.

                                          S/Gina Wilson
                                          Judicial Assistant